Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

PHILLIP EDWARD GARDNER II

CASE NO. 09-70425-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 5254 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date: 9/24/2009   Orig. Time: 12:00 PM   Reset Date:   Reset Time:

B. Meeting Results: Adjourned

C. Debtor(s): Debtor 1 Appeared

D. Attorney for Debtor(s): Appeared

E. Creditor Appearance: None

F. Amount Paid to the Trustee as of   9/25/2009   $0.00   First Payment Due Date: 9/24/2009

G. File Trustee's Motion to Dismiss because

H. B22C Information:   B22C Form is:   Complete
   Budgeted Income:   $1,733.33   Expense:   $1,398.33   Surplus:   $335.00
   Plan Payment:   $335.00 Monthly                                Plan Term(Months):   48

I. Value of Non-Exempt Property:   $0.00   Proposed Amount to Unsecured Creditors:   $0.00
   ___ Objection to Exemption of:
   ___ Repeat Filing (If case dismissed, it should be with prejudice)   Previous Case Numbers:
      ___ Object to Invoke Stay Pleading
   ___ Case Converted from Chapter 7, Bar Date Set:   12/23/2009   Date Converted from Chapter 7:

J. Required Information:   DSO Affidavit w/ servicing agent

K. Business Information:

L. Object to Confirmation:   No

M. Financial Management Class:   Debtor 1 Appeared

N. Eligibility:
   Certificate of Credit Counseling Filed:   Debtor 1 Only
   Credit Counseling Provider Approved:                                    Yes
   Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):   No

O. Domestic Support Obligation:   $0.00   Current:   Arrears:   $0.00
   Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

P. Remarks:   MTD
      -Need the servicing agent for DSO on DSO Affidavit.
   Questions
      -Affidavit unemployed since 01/09? No income of any form?
   Correct
      -Mr. employed?
         -When, Where, Salary, Need stubs & WW
   No
   Objections
      -Requested WW directive & income records at 341.
      Not employed could not request.

Dated:   9/24/2009                                              /s/ Walter O'Cheskey

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

          Standing Bankruptcy Trustee
          By:     Brent Hagan

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | | 09-70425 | | | |
| **Debtor:** | | Gardner | | | |
| **Attorney:** | | MJW | | | |
| **Presiding Officer:** | | Brent Hagan | | | |
| **Calculation Date:** | | | | | 9/23/2009 13:15 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Lorain County Job & Family Services | $1,850.00 | 0.00% | 48 | $38.54 | $1,850.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| First Know National | $7,872.00 | 10.00% | 48 | $199.65 | $9,583.40 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor   Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Attorney Fees**  Paid Through the Plan | $2,719.00 | | $2,719.00 |
| **Noticing Fees** | $52.64 | | $52.64 |
| **Clerk Filing Fees** | $0.00 | | $0.00 |

| | | | |
|---|---|---|---|
| **Hardacre Minimum** | $0.00 | <-------------- | |
| Chapter 7 Minimum (Gross) | $0.00 | | |
| Less Trustee Fees | $0.00 | | |
| Less Attorney Fees | $2,719.00 | | |
| Less Noticing Fees | $52.64 | Greater Of ---------> | $0.00 |
| Less Clerk Filing Fees | $0.00 | | |
| Less Scheduled Priority Claims | $1,850.00 | | |
| Less Other (Explain Below) | $0.00 | | |
| **Chapter 7 Minimum (Net)** | $0.00 | <-------------- | |

| | |
|---|---|
| **Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum)** | $1,989.00 |
| **Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee)** | $15,777.53 |
| **Debtor Plan Base (Monthly Payment X Term)** | $16,080.00 |
| **Surplus (Debtor Plan Base - Calculated Base)** | **$302.47** |

**Comments:**

Version 1.03 Last Revised: 7/31/2008

| | | |
|---|---|---|
| **Case Number:** | | 0 |
| **Debtor:** | | 0 |
| **Attorney:** | | 0 |
| **Presiding Officer:** | | 0 |
| **Calculation Date:** | | 9/23/2009 13:15 |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | $0.00 |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | $0.00 |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 60 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**

Version 1.02 Last Revised: 11/26/2007